**Nan S. SMOLOW, individually and on behalf of all
other persons similarly situated, Appellants,**

**v.**

**COMMONWEALTH of Pennsylvania, OFFICE OF the SECRE-
TARY OF the COMMONWEALTH OF PENNSYLVANIA, DE-
PARTMENT OF STATE; and Commonwealth of Pennsylva-
nia, Department of Revenue, Board of Appeals; and Com-
monwealth of Pennsylvania, Treasury Department, Board of
Finance and Revenue.**

Supreme Court of Pennsylvania.

Argued May 9, 1991.

Decided May 29, 1991.

372

Ronald J. Smolow, Michael H. Landis, Trerose, for appellants.

Bart J. DeLuca, Deputy Atty. Gen., for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:
Order affirmed.

LARSEN and PAPADAKOS, JJ., dissent.